UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:19-cr-105 (AWT) |
| | : | |
| v. | : | |
| | : | |
| JOEL C. RILEY | : | May 12, 2020 |

**JOINT MOTION FOR ORDER ALLOWING TELEPHONE CONTACT WITH VICTIM**

      The United States of America (the "Government") and the defendant, Joel C. Riley, respectfully submit this joint motion for an order permitting Mr. Riley to have telephone contact with his former spouse, Brittany Correa, while he is incarcerated. A proposed order is attached to this motion. In support of this motion, the parties state the following:

      1.      On January 23, 2020, this Court sentenced Mr. Riley to 24 months of imprisonment, followed by three years of supervised release, for bankruptcy fraud. ECF No. 83. On March 25, 2020, Mr. Riley self-surrendered to the custody of the Bureau of Prisons ("BOP") and began serving his sentence at FCI Fort Dix in New Jersey.

      2.      As the Court is aware, one of the victims in this case is Mr. Riley's former spouse, Brittany Correa. They were married for seven years and have two minor children together, both under 6 years old. *See* PSR ¶ 72; ECF No. 62-1 at 6 (Letter from Ms. Correa to the Court). The couple divorced as a result of the offense conduct in this case. *See* PSR ¶ 72. In Ms. Correa's letter to the Court in advance of sentencing, she explained that notwithstanding the divorce, Mr. Riley and Ms. Correa "co-parent" the children, "share legal custody" of the children, and "collaborate together when it comes to making decisions [for the children] regarding schooling, health and religion." ECF No. 62-1 at 6.

3. However, Mr. Riley has been unable to have telephone contact with Mr. Correa or speak to his children since he has been incarcerated in BOP custody. According to Mr. Riley, he has been restricted from calling Mr. Correa due to her status as a victim in the case.[1] In the absence of an order from the Court, the BOP will not allow Mr. Riley to have telephone contact with Mr. Correa. Mr. Riley requests permission to have telephone contact with Ms. Correa so they can make decisions regarding their children and so Mr. Riley can speak to his children.

4. In addition to Mr. Riley's request to remove this call restriction, Ms. Correa also contacted the U.S. Attorney's Office and requested the Government's assistance in removing the call restriction. Despite her status as a victim, she very much wants Mr. Riley to be able to call her so they can communicate about the children and so Mr. Riley can speak to his children.

5. Accordingly, the Government and Mr. Riley jointly request that the Court enter the attached order allowing Mr. Riley to have telephone contact with Ms. Correa while he is in prison.

6. As noted above, the Government has conferred with Ms. Correa who indicated she has no objection to this motion, and in fact, she joins in this motion.

Respectfully submitted,

| | |
|---|---|
| JOHN H. DURHAM<br>UNITED STATES ATTORNEY | THE DEFENDANT,<br>Joel Riley |
| | FEDERAL DEFENDER OFFICE |
| */s/ Neeraj N. Patel*<br>NEERAJ N. PATEL<br>ASSISTANT U.S. ATTORNEY<br>Federal Bar No. phv04499<br>157 Church Street, 25th Floor<br>New Haven, CT  06510<br>Tel.:   (203) 821-3700<br>Email: neeraj.patel@usdoj.gov | */s/ Tracy Hayes*<br>TRACY HAYES, ESQ.<br>Assistant Federal Defender<br>265 Church Street, 7th FL<br>New Haven, CT 06510<br>Phone: (203) 498-4200<br>Bar No.: phv06527<br>Email: tracy_hayes@fd.org |

---

[1] Mr. Riley is permitted to make telephone calls to other individuals. He is only restricted from calling Ms. Correa.

## CERTIFICATION OF SERVICE

This is to certify that on May 12, 2020, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY: */s/ Neeraj N. Patel*
NEERAJ N. PATEL
ASSISTANT UNITED STATES ATTORNEY